UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMIER DALVON PETERS,

      Petitioner,

Case No. 4:19-cv-10499
Hon. Matthew F. Leitman

v.

DANIEL LESATZ,

      Respondent.
_____/

**ORDER (1) DIRECTING RESPONDENT TO SERVE ORDER ON PETITIONER, (2) DIRECTING PETITIONER TO NOTIFY COURT OF NEW ADDRESS, AND (3) DIRECTING PETITIONER TO FILE RESPONSE WITHING 90 DAYS**

    In this habeas corpus case, Petitioner was ordered to clarify whether it was his intention to raise only the claims exhausted during his state court appeals or whether he intended to add new claims to his petition that were not raised in the state courts. (Order, ECF No. 11.)

    The Order was returned as undeliverable, with a stamp affixed to the envelope by the MDOC indicating "inmate not here." (ECF No. 12.) The Court has reason to believe that Petitioner has been moved to another Michigan Department of Corrections facility.

1

The Court has the inherent authority to manage its docket so as to achieve an orderly and expeditious disposition of the case. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). The Court chooses to exercise that authority in a manner that helps to ensure that Petitioner receives a copy of its prior order that was returned as undeliverable.

Accordingly, the Court directs Respondent to serve <u>both</u> this Order <u>and</u> a copy the Order Directing Petitioner to Inform the Court (ECF No. 11), on Petitioner by ordinary mail at his current correctional facility within 30 days. Respondent shall file on the Court's docket written proof that it has complied with this service obligation.

The Court further directs Petitioner to notify the Court in writing of his current address, and it reminds him of his continuing obligation to do so whenever he is transferred to another facility.

Finally, the Court directs Petitioner to respond to the Court's order directing him to clarify his claims (a copy of which he will receive from Respondent) within 90 days.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
